GEOFFREY A. HANSEN
Acting Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant ZAVIEH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-195 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION [A~~ND PROPOSED ORDER~~] TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| AMIR ZAVIEH, | ) ) | Current hearing date: June 6, 2012 Proposed hearing date: August 22, 2012 |
| Defendant. | ) ) | |

1. Mr. Zavieh was charged with conspiracy to defraud the United States, a tax offense, on December 7, 2011.  His case was indicted in the Southern District of Florida.  On February 16, 2012, the District Judge in Florida granted Mr. Zavieh's motion for transfer of venue to the Northern District of California.  Mr. Zavieh appeared in magistrate court in San Francisco on April 23, 2012, for appointment of counsel.  He remains out of custody.  His initial appearance date in District Court was scheduled for June 6, 2012.

2. On May 14, 2012, defense counsel received discovery from the government.  The discovery includes four discs containing over 5,000 documents.

3. Mr. Zavieh suffers from a number of serious medical conditions, including urinary incontinence resulting from past prostate cancer treatments, restricted shoulder mobility,

Stip. To Continue, *U.S. v. Zavieh*, 12-195 EMC

1  multiple knee replacements, and continuing treatment for his prostate cancer.  He is
2  scheduled to undergo a medical procedure the week of June 6 and will therefore not be
3  able to come to court that day.
4  4.  Given the large amount of discovery that defense counsel must review and analyze along
5  with Mr. Zavieh's unavailability on June 6, the parties have agreed to continue the status
6  conference currently scheduled for June 6.  The parties propose continuing that status
7  conference to August 22, 2012, at 2:30 p.m.
8  5.  For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
9  August 22, 2012, for a status hearing and that time under the Speedy Trial Act be
10 excluded from June 6, 2012 until that date because the ends of justice outweigh the best
11 interest of the public and the defendant in a speedy trial, for effective preparation of
12 defense counsel, taking into account the exercise of due diligence, and for continuity of
13 defense counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

GEOFFREY HANSEN
Acting Federal Public Defender

5/17/12                                              /s/
_____                    _____
DATE                                            RITA BOSWORTH
                                                Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

5/17/12                                              /s/
_____                    _____
DATE                                            THOMAS NEWMAN
                                                Assistant United States Attorney

Stip. To Continue, *U.S. v. Zavieh*, 12-195 EMC

1

1    Good cause appearing therefor, IT IS ORDERED that this matter be continued until
2  August 22, 2012, and that time under the Speedy Trial Act be excluded until that date because
3  the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for
4  effective preparation of defense counsel, taking into account the exercise of due diligence, and
5  for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   May 18, 2012
   _____                           _____
       DATE                                    EDWARD CHEN
                                               United States District Judge



Stip. To Continue, *U.S. v. Zavieh*, 12-195 EMC

2