STEVEN KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant ZAVIEH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMIR ZAVIEH,  )<br>  )<br>           Defendant.  )<br>_____) | No. CR-12-195 EMC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR REFERRAL TO<br>MAGISTRATE JUDGE SPERO FOR<br>SETTLEMENT CONFERENCE |

1. On March 27, 2013, Magistrate Judge Cousins granted defendant's Rule 15 motion to issue Letters Rogatory and to take depositions in Cyprus and Switzerland.

2. The Letters Rogatory are currently due to be submitted to Magistrate Judge Cousins on May 31.

3. A status conference before the District Court is scheduled for June 19.

4. The parties request that the court refer this matter to Magistrate Judge Spero for a settlement conference to be held on May 20th at 2:00 p.m.  The parties believe this is appropriate because: (1) there is no speedy trial issue, and given the length of time it will take to set up the overseas depositions, conducting a settlement conference in the interim will not prejudice either party; (2) a large number of resources have already been

Stip. To Be Referred for Settlement Conference,
*U.S. v. Zavieh*, 12-195 EMC

1   expended on this case, and the anticipated resources that will be devoted to conducting
2   depositions in two foreign countries will be significant, thus resolving the case will save
3   both parties considerable resources; (3) there is no harm in conducting a settlement
4   conference because the result is non-binding on either party, but there is at least a
5   possibility that it could cause the case to resolve.

6  5.   For these reasons, IT IS STIPULATED AND AGREED that this matter be referred to
7   Judge Spero for a settlement conference on May 20, 2013, at 2:00 p.m., a date and time
8   that works for both parties as well as Judge Spero.

SO STIPULATED.

STEVEN KALAR
Federal Public Defender

4/25/13                                          /s/
_____                        _____
DATE                               RITA BOSWORTH
                                   Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

4/25/13                                          /s/
_____                        _____
DATE                               MARK DALY
                                   Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that this matter be referred to
Magistrate Judge Spero for a settlement conference on May 20, 2013, at 2:00 p.m.

4/30/13
_____                        _____
DATE                               EDWARD CHEN
                                   United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stip. To Be Referred for Settlement Conference,
*U.S. v. Zavieh*, 12-195 EMC

1